| | | | |
|---|---|---|---|
| Com. v. Davis | 284 MDA 2016<br>Reversed,<br>Vacated and<br>Remanded | 02/28/2017 | CP–40–CR–0002292–<br>2010<br>(Luzerne) |
| Mebus v. Lepre [22] | 640 MDA 2016<br>Affirmed | 02/28/2017 | 12–CV–5443<br>(Lackawanna) |
| Com. v. Barnhill | 709 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/28/2017 | CP–36–CR–0004485–<br>2012<br>(Lancaster) |
| Com. v. Norris | 713 MDA 2016<br>Affirmed | 02/28/2017 | CP–58–CR–0000338–<br>2009<br>(Susquehanna) |
| Com. v. Bundy | 989 MDA 2016<br>Affirmed | 02/28/2017 | CP–14–CR–0000997–<br>2015<br>(Centre) |
| L.R.F. v. D.W.F. | 1310 MDA 2016<br>Affirmed | 02/28/2017 | 11–20575<br>(Lycoming) |
| Com. v. Raiber | 1315 MDA 2016<br>Affirmed | 02/28/2017 | CP–28–CR–0001524–<br>2012<br>(Franklin) |
| Coleman v. Wetzel | 1357 MDA 2016<br>Affirmed | 02/28/2017 | CP–21–MD–0000280–<br>2016<br>(Cumberland) |
| Com. v. Baez | 1931 WDA 2015<br>Affirmed | 02/28/2017 | CP–07–CR–0002740–<br>2013<br>(Blair) |
| In re Trust of Trust of Scaife; Appeal of<br>Trib | 243 WDA 2016<br>Affirmed | 02/28/2017 | 6469 OF 2014<br>(Allegheny) |
| Dolby v. Ziegler Tire and Supply | 694 WDA 2016<br>Affirmed | 02/28/2017 | GD 11–008401<br>(Allegheny) |
| Com. v. Huffman | 1090 WDA 2016<br>Vacated and<br>Remanded | 02/28/2017 | CP–26–CR–0001293–<br>2011<br>CP–26–CR–0001329–<br>2011<br>(Fayette) |
| Com. v. York | 1124 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/28/2017 | CP–42–CR–0000146–<br>2016<br>CP–42–CR–0000635–<br>2015<br>(McKean) |

22. Petition for reargument denied April 4, 2017.